IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3100 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND |
| STUART R. MAY, | ) | ORDER MODIFYING SUPERVISED |
| | ) | RELEASE |
| Defendant. | ) | |
| | ) | |

     On August 4, 2008, the defendant appeared in person with his attorney, Michael Hansen. The United States was represented by Janice Lipovsky. Upon accepting the defendant's admission of the allegation that he violated Mandatory Conditions and Special Condition #2 of his conditions of supervised release, the Court found that the defendant did violate the terms and conditions of the supervised release as alleged in the Petition for Offender Under Supervision (filing 72).

     On October 21, 2008, a dispositional hearing was held. The United States was represented by Janice Lipovsky, Assistant United States Attorney. The defendant was present and represented by his attorney, Michael Hansen.

     IT IS ORDERED that the sentence of supervised release is expanded for a term effective June 19, 2008, through May 31, 2010, to run concurrently with the term imposed by the judge of the County Court of Lancaster County, Nebraska, District Three dated August 1, 2008, and shall be under the same conditions as those contained in the Amended Judgment filed in this United States District Court on May 1, 2001.

     Dated October 23, 2008.

                                                     BY THE COURT

                                                     s/ Warren K. Urbom
                                                     United States Senior District Judge